UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSYNERGY ENTERPRISE DEVELOPMENTS LLC, | Case No.  25-cv-01937-RFL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 22 |
| SOCIETA AGRICOLA I.A.T.C. S.R.L., et al., | |
| Defendants. | |

On January 15, 2026, Plaintiff was ordered to file either a status report regarding service on the Defendants who have not been dismissed or proof of service of summons as to those Defendants by January 29, 2026.  (Dkt. No. 22.)  No response has been received.  Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by **February 19, 2026** why it has not complied with the Court's Order.  Plaintiff is advised that failure to respond will result in the dismissal of this action, without further notice, for failure to prosecute and to comply with Court orders.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: February 5, 2026

RITA F. LIN
United States District Judge